STATE OF NEW JERSEY v. SHAWN T. BAZEMORE.

February 11, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD CANCRO.

February 11, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANK V. KENNEDY.

February 11, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. FARRAD K. MUHAMMAD.

February 11, 1985.

Petition for certification denied.

BETTY L. DUNCAN v. IAN J. DUNCAN.

February 11, 1985.

Petition for certification denied.